# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| NICHOLAS D'ARCANGELO, § *individually and derivatively on behalf of* § *The Funded Trader, LLC*, § *Plaintiff* § § v. § § THE FUNDED TRADER, LLC, § ANGELO CIARAMELLO, CARLOS § RICO-OSPINA, JR., MATTHEW § RACZ, and EASTON CONSULTING § TECHNOLOGIES, LLC, § *Defendants* § | Case No. 1:23-CV-01472-RP |

## O R D E R

Defendants The Funded Trader LLC, Angelo Ciaramello, Carlos Rico-Ospina, Jr., and Matthew Racz filed their Motion to Dismiss Plaintiff's Original Complaint on March 1, 2024. Dkt 13. Contrary to this Court's local rules, the parties have not yet submitted a joint proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **May 24, 2024**.

**SIGNED** on May 10, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE